UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN DELZELL,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 26-cv-03173-LJC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures for Plaintiff, as Defendant has already served: | November 13, 2026 |
| Deadline to join parties and amend pleadings:[1] | November 30, 2026 |
| Deadline to complete private mediation | January 8, 2027 |
| Joint case management statement: | May 27, 2027 |
| Further case management conference: | June 3, 2027 |
| Fact discovery cut-off: | June 25, 2027 |
| Opening expert reports and disclosures: | July 9, 2027 |
| Rebuttal expert reports and disclosures: | July 30, 2027 |
| Expert discovery cut-off: | August 13, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | August 24, 2027 |

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

| | |
|---|---|
| Last day to hear dispositive motions and *Daubert* motions: | October 12, 2027 |
| Pretrial conference:[2] | January 14, 2028, 1:30 PM |
| Jury trial begins: | February 7, 2028 (5 days) |

**IT IS SO ORDERED.**

Dated: October 9, 2026

LISA J. CISNEROS
United States Magistrate Judge

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

United States District Court
Northern District of California